1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VERNON WAYNE NEAL,                            No.  2:22-cv-01360-TLN-AC

12                          Plaintiff,

13           v.                                     **ORDER**

14    B. EVERT, et al.,

15                          Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 31, 2022, the findings and recommendations issued by the magistrate judge

21   assigned to this action were adopted in their entirety.  (ECF No. 9.)  As a result, Plaintiff was

22   ordered to pay the filing fees of $402.00 in full prior to proceeding any further with this matter,[1]

23   and he was given thirty days to do so.  (*Id.* at 2.)  At that time, Plaintiff was informed that a

24   failure to do so would result in the dismissal of this case.  (*Id.*)

25   ///

26   ///

27

28   _____

     [1]      Plaintiff has been determined to be a three strikes litigant within the meaning of 28 U.S.C.
     § 1915(g).  (*See* ECF Nos. 7, 9.)

1

More than thirty days have passed, and there is no indication on the Court's docket that Plaintiff has paid the filing fees.  Therefore, this matter will be dismissed.

Accordingly, IT IS HEREBY ORDERED that this matter is DISMISSED without prejudice for failure to pay the filing fees.  *See* 28 U.S.C. § 1915(g).

**DATED:  January 2, 2023**

Troy L. Nunley
United States District Judge